1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

### EASTERN DISTRICT OF CALIFORNIA

8

9  JESSICA KAY BALDWIN,                      Case No. 1:16-cv-01136-SKO

10              Plaintiff,                   **ORDER GRANTING PLAINTIFF'S**
                                            **APPLICATION TO PROCEED IN**
11       v.                                  **FORMA PAUPERIS**

12                                           (Doc. 2)

    CAROLYN W. COLVIN,
13  Acting Commissioner of Social Security,

14              Defendant.

15  _____/

16                              **ORDER**

17       Plaintiff Jessica Kay Baldwin filed a complaint on August 3, 2016, along with an

18  application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's

19  application demonstrates entitlement to proceed without prepayment of fees.

20       Accordingly, IT IS HEREBY ORDERED that:

21       1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

22       2.    The Clerk of Court is DIRECTED to issue a summons; and

23       3.    The United States Marshal is DIRECTED to serve a copy of the complaint,

24             summons, and this order upon the defendant as directed by the plaintiff.

25

26  IT IS SO ORDERED.

27  Dated:   __**August 4, 2016**__              _____/s/ *Sheila K. Oberto*_____

28                                              UNITED STATES MAGISTRATE JUDGE